**CITY OF BURNSIDE, Appellant, v. PARRIGIN, Police Judge, Appellee.**

Court of Appeals of Kentucky.

(Decided April 24, 1936.)

Motion for an appeal from the Pulaski circuit court. Judgment for $325 with interest, subject to a credit of $16.

R. C. TARTER and DON E. COOPER for appellant.

H. C. KENNEDY for appellee.

PER CURIAM.

Appeal denied; hence it becomes unnecessary to rule on appellee's motion to dismiss the appeal. Judgment affirmed.

---

**SMITH et al., Movant, v. CARNES' ADM'X, Opposed.**

Court of Appeals of Kentucky.

(Decided May 1, 1936.)

Motion for an appeal from the Knox circuit court. Judgment for $321.61 with interest, in an action for collection of note.

J. B. CAMPBELL for movant.

J. J. TYE opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

---

**DANIEL, Movant, v. COMMONWEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky.

(Decided May 8, 1936.)

Motion for an appeal from the Powell circuit court. Judgment imposing fine of $100 for obstructing justice.

JOHN D. ATKINSON and C. F. SPENCER for movant.

B. M. VINCENT, Attorney General, and J. J. LEARY, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.